# Court of Appeals
# of the State of Georgia

ATLANTA,  April 13, 2017

*The Court of Appeals hereby passes the following order:*

## A17A1424.  KEVIN WEEKS v. HOMER BRYSON.

Kevin Weeks pled guilty to five counts of armed robbery in 2005.  In 2016, Weeks, a prison inmate, petitioned the superior court for a writ of mandamus, seeking credit for time served in pre-trial confinement.  The superior court denied the petition. Weeks then filed this direct appeal.  We, however, lack jurisdiction.

Judgments and orders granting or refusing to grant mandamus are generally directly appealable.  OCGA § 5-6-34 (a) (7).  However, under the Prison Litigation Reform Act, any appeal in a civil case that was initiated by a prisoner must come by discretionary application.  OCGA § 42-12-8.  Because Weeks is incarcerated, he was required to file a discretionary application. The failure to comply with the discretionary appeals procedure requires dismissal of Weeks's appeal.  See *Jones v. Townsend*, 267 Ga. 489, 490 (480 SE2d 24) (1997); *Owens v. Hill*, 295 Ga. 302, 304, n. 4 (758 SE2d 794) (2014).  This appeal is therefore DISMISSED.



Court of Appeals of the State of Georgia
    Clerk's Office, Atlanta,  04/13/2017
    I certify that the above is a true extract from
the minutes of the Court of Appeals of Georgia.
    Witness my signature and the seal of said court
hereto affixed the day and year last above written.

_____ , Clerk.